CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 24 2006

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH MARRION HAMPTON, | ) | |
| Petitioner, | ) | Civil Action No. 7:06cv00206 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| TERRY O'BRIAN, WARDEN | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above-captioned suit is **DISMISSED** without prejudice. This action is stricken from the active docket of the court.

Hampton is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the date of entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel for the respondent.

ENTER: This 24th day of April, 2006.

UNITED STATES DISTRICT JUDGE